**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Howard C. Chinn<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-16376 mdc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of VW Credit, Inc. as servicer for VW Credit Leasing, Ltd and index same on the master mailing list.

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322 FAX (215) 627-7734