# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-16376-MDC

HOWARD C CHINN

1469 CATLIN WAY

DRESHER, PA 19025

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  HOWARD C CHINN

  1469 CATLIN WAY

  DRESHER, PA 19025

Counsel for debtor(s), by electronic notice only.

  ALAN LISS  ESQUIRE
  1420 WALNUT STREET
  SUITE 720
  PHILA, PA 19102-

Date: 4/10/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee