United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-16376-mdc
Howard C. Chinn                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: May 17, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db            +Howard C. Chinn,    1469 Catlin Way,    Dresher, PA 19025-1035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
          ALAN B. LISS    on behalf of Debtor Howard C.  Chinn bnklaw@aol.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    School District of Upper Dublin
           jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
          MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
           tami@javardianlaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7

LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Howard C. Chinn <br> Debtor(s) | Chapter 13 Proceeding <br><br> 17-16376 MDC |

### STIPULATION BY AND BETWEEN HOWARD C. CHINN AND CITIZENS BANK OF PENNSYLVANIA

WHEREAS, Citizens Bank of Pennsylvania ("Movant") holds a first mortgage on the Debtor's property located at 1469 Catlin Way, Dresher, PA 19025;

WHEREAS, the Debtor's Plan dated September 18, 2017 provides for Debtor to make the monthly post-petition mortgage payments directly to Movant;

WHEREAS, the Debtor has fallen behind on his monthly post-petition mortgage payments to Movant and would like an opportunity to cure the post-petition arrears; and

WHEREAS, to avoid the cost and time associated with a Motion for Relief from Stay the parties are entering into this Stipulation for the cure of the post-petition arrears.

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, Citizens Bank of Pennsylvania, agree to the following:

{00501717}                                                                 1

(a) Debtor(s) acknowledges that the current regular monthly post-petition mortgage payment is $2,655.70 per month. The monthly payment is subject to change in accordance with the terms of the Note and Mortgage.

(b) Debtor(s) acknowledge that debtor(s) is currently due for the following amounts post-petition:

| | |
|---|---|
| 2/52018 payment | $2,655.70 |
| 3/5/2018 payment | $2,655.70 |
| 4/5/2018 payment | $2,655.70 |
| TOTAL | $7,967.10 |

(c) Commencing with the May 5, 2018 payment the Debtor(s) shall resume and shall continue to make all regular monthly post petition mortgage payments when they are due in accordance with said Note and Mortgage.

(d) Within fifteen (15) days of the Court's approval of this Stipulation, Debtor(s) shall amend the Plan to provide for the payment of the post-petition arrears of $7,967.10 to Movant through the Plan.

(e) Within fifteen (15) days of the Court's approval of this Stipulation Movant shall amend its Proof of Claim to add the $7,967.10 in post-petition arrears to its arrears claim.

(f) All payments from Debtor(s) to Citizens Bank of Pennsylvania its successors and/or assigns shall be in the form of certified funds or Trustee checks if conduit payments.

{00501717}    2

(g) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(h) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Citizens Bank of Pennsylvania its successors and/or assigns relief from the automatic stay without further notice and hearing.

(i) Should Citizens Bank of Pennsylvania its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(h) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law." Debtor(s) have the right to object to any certificate of default filed by Movant.

(j) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____    Date: 4/18/2018
Alan B. Liss, Esquire
Attorney for Debtor, Howard C. Chinn

_____    Date: 5/2/2018
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

_____    Date: 5/11/18
William C. Miller, Esquire
Trustee                *without prejudice to any
No position            trustee rights or remedies

On this 17th day of _____ May _____, 2018, approved by the Court.

_____
United States Bankruptcy Judge
Magdeline D. Coleman

cc:    Mary F. Kennedy, Esquire
       1310 Industrial Blvd.
       1st Floor, Suite 101
       Southampton, PA 18966

       Alan B. Liss, Esquire
       Brenner & Brenner, P.C.
       1420 Walnut Street, Suite 720
       Philadelphia, PA 19102

       William C. Miller, Esquire
       Chapter 13 Trustee
       P.O. Box 1229
       Philadelphia, PA 19105

{00501717}                                    4