# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                               Chapter 13

                               Bankruptcy No. 17-16376-MDC

HOWARD C CHINN

1469 CATLIN WAY

DRESHER, PA 19025

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     HOWARD C CHINN

     1469 CATLIN WAY

     DRESHER, PA 19025

Counsel for debtor(s), by electronic notice only.

     ALAN LISS  ESQUIRE
     1420 WALNUT STREET
     SUITE 720
     PHILA, PA 19102-

                           /S/ William C. Miller

Date: 6/18/2018               _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee