**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | **Chapter 13** |
| | : | |
| **HOWARD C. CHINN,** | : | **Case No. 17-16376-MDC** |
| | : | |
| Debtor. | : | |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF COURT:

Kindly withdraw the Proof of Claim filed on behalf of Montgomery County Tax Claim Bureau in the above captioned Chapter 13 Bankruptcy case docketed as claim number 1-1 on the Official Claims Register in the amount of $10,099.58 plus statutory interest accruing a the rate of nine percent (9%) per annum.

Respectfully submitted,

Date: March 6, 2019          By: */s/ Michael D. Vagnoni*
                             Michael D. Vagnoni, Esquire
                             Obermayer Rebmann Maxwell & Hippel, LLP
                             Centre Square West
                             1500 Market Street, 34th Floor
                             Philadelphia, PA 19102
                             Telephone: (215) 665-3066
                             Facsimile: (215) 665-3165