United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard C. Chinn  
      Debtor

Case No. 17-16376-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 03, 2019  
                       Form ID: 167      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.  
db          +Howard C. Chinn,    1469 Catlin Way,    Dresher, PA 19025-1035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:  
       ALAN B. LISS    on behalf of Debtor Howard C. Chinn bnklaw@aol.com  
       JAMES RANDOLPH WOOD    on behalf of Creditor    School District of Upper Dublin  
        jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com  
       MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,    tami@javardianlaw.com  
       MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau  
        michael.vagnoni@obermayer.com,  
Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                     TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Howard C. Chinn
    Debtor(s)                 Case No: 17–16376–mdc
                                    Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

  Certification of Default and
  Objection to Certification of Default

        on: 4/30/19

        at: 10:30 AM

        in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

                                               For The Court

Date: 4/3/19                                        Timothy B. McGrath
                                                       Clerk of Court