United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard C. Chinn  
    Debtor

Case No. 17-16376-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 11, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.  
db        +Howard C. Chinn,   1469 Catlin Way,    Dresher, PA 19025-1035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:  
        ALAN B. LISS    on behalf of Debtor Howard C.  Chinn bnklaw@aol.com  
        JAMES RANDOLPH WOOD    on behalf of Creditor    School District of Upper Dublin  
        jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com  
        MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,  
        tami@javardianlaw.com  
        MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. s/b/m to Citizens Bank of  
        Pennsylvania mary@javardianlaw.com,   tami@javardianlaw.com  
        MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau  
        michael.vagnoni@obermayer.com,  
        Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Howard C. Chinn<br>　　　　Debtor(s) | Chapter 13 Proceeding<br><br>17-16376 MDC |

ORDER

AND NOW, this 11th day of July, 2019, upon consideration of Citizens Bank of Pennsylvania's Certificate of Default it is hereby ORDERED that the Automatic Stay be modified to permit, Citizens Bank of Pennsylvania and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 1469 Catlin Way, Dresher, PA 19025.

Upon the order being granted and entered, Citizens Bank of Pennsylvania shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

Alan B. Liss, Esquire
Attorneys for Debtor(s)

William C. Miller, Esquire
Trustee