United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-16376-mdc
Howard C. Chinn                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett              Page 1 of 2               Date Rcvd: Jul 24, 2019
                               Form ID: pdf900              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db             +Howard C. Chinn,    1469 Catlin Way,    Dresher, PA 19025-1035
cr             +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                 Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100
13985544        Audi Financial/VW Credit,    1401 Franklin Boulevard,    Libertyville, IL 60048-4460
14000065       +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
13985545        Citizens One Mortgage,    PO Box 42111,    Providence, RI  02940-2111
13985546        Citizens One Mortgage,    PO Box 6260,    Glen Allen, VA 23058-6260
13985547       +Montgomery Co. Tax Claim,    One Montgomery Plaza,    Suite 600,    Norristown, PA 19401-4851
13985548       +School District Of Upper Dublin,    1580 Fort Washington Avenue,    Maple Glen, PA 19002-3315
13999679       +School District of Upper Dublin,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13999505       +VW Credit Leasing, Ltd,    C/O VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
14014683        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13985549        Wells Fargo/Visa,    PO Box 51193,    Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 25 2019 03:05:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2019 03:05:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14029870       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:05:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14018514        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2019 03:12:59     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*            +School District of Upper Dublin,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              ALAN B. LISS    on behalf of Debtor Howard C.  Chinn bnklaw@aol.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    School District of Upper Dublin
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. s/b/m to Citizens Bank of
               Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

```
District/off: 0313-2          User: Antoinett            Page 2 of 2              Date Rcvd: Jul 24, 2019
                              Form ID: pdf900            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOWARD C CHINN                                    Chapter 13

                    Debtor          Bankruptcy No. 17-16376-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___23rd___ day of ___July___, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN LISS ESQUIRE
1420 WALNUT STREET
SUITE 720
PHILA, PA 19102-


Debtor:
HOWARD C CHINN

1469 CATLIN WAY

DRESHER, PA 19025